SEYFARTH SHAW LLP
Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
Janine S. Simerly (SBN 102361) jsimerly@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfath.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAMBOLDT, on behalf of himself, those similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SAFETY-KLEEN SYSTEMS, INC., a Wisconsin corporation, and DOES 1 through 100, inclusive.<br><br>Defendant. | Case No. CV 07 00884 PJH<br><br>**STIPULATION AND PROPOSED ORDER** |

It is hereby stipulated by and between the parties hereto that the court may issue the following order:

1. Plaintiff shall file his motion to certify a class, and defendant shall file its motion for summary judgment, each no later than May 30, 2007.

2. The hearing on the motions shall be on August 8, 2007 at 9:00 A.M.

3. Opposition papers shall be due on June 27, 2007.

4. Reply papers shall be due on July 11, 2007.

1  DATED: April 11, 2007

SEYFARTH SHAW LLP
Robert W. Tollen
Janine S. Simerly

By /s/ Robert W. Tollen
Attorneys for Defendant
SAFETY-KLEEN CORP.

DATED: April 11, 2007

HENDERSON & CAVERLY LLP
Barron E. Ramos
Kristen E. Caverly

By /s/
Attorneys for Plaintiff
STEVEN WAMBOLDT.

DATED: April 11, 2007

LAW OFFICE OF DONALD S. EDGAR
Donald S. Edgar
Jeremy R. Feitz

By /s/
Attorneys for Plaintiff
STEVEN WAMBOLDT

IT IS SO ORDERED.

DATED: April 17, 2007

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

2
SF1 28281551.2 / 13215-000650  Stipulation And Proposed Order- Case No. CV 07 00884 PJH