1  SEYFARTH SHAW LLP
   Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
2  Kevin J. Lesinski (SBN 110862) klesinski@seyfarth.com
   Allison B. Moser (SBN 223065) amoser@seyfarth.com
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5

6  Attorneys for Defendant
   SAFETY-KLEEN SYSTEMS, INC.
7

8

9                      UNITED STATES DISTRICT COURT

10             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | STEVEN WAMBOLDT, on behalf of himself, ) | Case No. CV 07 00884 PJH
   | those similarly situated and on behalf of the  )
13 | general public,                                 ) | **STIPULATION AND [PROPOSED]**
   |                                                 ) | **ORDER**
14 |                Plaintiff,                       )
   |                                                 )
15 |        v.                                       )
   |                                                 )
16 | SAFETY-KLEEN SYSTEMS, INC., a                   )
   | Wisconsin corporation, and DOES 1 through      )
17 | 100, inclusive,                                 )
   |                                                 )
18 |                Defendant.                       )
   |                                                 )
19

20

21         WHEREAS, on June 20, 2008, Safety-Kleen submitted a list of names and addresses to

22 the Administrator that was intended as a list of members of the class herein, and the

23 Administrator subsequently mailed class action notices and requests for exclusion to each person

24 on the list;

25         WHEREAS, in preparing a list of class members in the related case of *Perez v. Safety-*

26 *Kleen,* No. 05-5338 PJH in this Court, Safety-Kleen discovered a number of errors on the

27 original list, specifically 44 names that did not belong on the list and 33 names that should have

28 been on it, but were not;

1

STIPULATION AND [PROPOSED] ORDER  - Case No. CV 07-00884 PJH

1    NOW THEREFORE, it is hereby stipulated among the parties hereto that the Court may
2 order the following:

3    1.    Safety-Kleen shall submit to the Administrator a list of the names that were on the
4 original list and should not have been and a list of the names that were not on the list, but should
5 have been.

6    2.    The persons originally included on the list who should not have been shall be
7 disregarded in all further proceedings in this matter.  In the event any of them inquires of the
8 Administrator, the Administrator shall inform such persons that they had been mistakenly sent
9 the notice and that they are not part of the proceedings.

10    3.    The persons erroneously omitted from the original list shall be sent copies of the
11 class notice and request for exclusion following the same procedures previously followed, except
12 that the deadline for responding shall be inserted by the Administrator and shall be 30 days from
13 the date of mailing, unless that date falls on a Saturday, Sunday or holiday, in which case it shall
14 be the next non-Saturday, Sunday or holiday.

DATED: December 4, 2008    THE LAW OFFICE OF DONALD S. EDGAR

THE LAW OFFICE OF BARRON RAMOS

HENDERSON, CAVERLY, PUM & CHARNEY LLP

By_____/s/_____
Jeremy R. Fietz
Attorneys for Plaintiffs


DATED: December 4, 2008    SEYFARTH SHAW LLP
Robert W. Tollen
Kevin J. Lesinski
Allison B. Moser


By_____/s/_____
Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.

1 IT IS SO ORDERED.

DATED: _December 10_____, 2008

_____
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

SF1 28338084.1 / 13215-000050