| ATTORNEYS | | LEGAL ASSISTANTS |
|---|---|---|
| DONALD S. EDGAR<br>JEREMY R. FIETZ<br>REX GRADY | **EDGAR LAW FIRM**<br>ATTORNEYS AND COUNSELORS AT LAW<br>408 COLLEGE AVENUE<br>SANTA ROSA, CALIFORNIA 95401<br>Phone (707) 545-3200 • Facsimile (707) 578-3040 | SELENA A. LA RUE<br>SUSAN SCHWEGMAN<br>PARALEGAL<br>LESLIE MCCRARY |
| E-Mail<br>don@classattorneys.com<br>jeremy@classattorneys.com<br>jrg@classattorneys.com | | E-Mail<br>sal@classattorneys.com<br>susie@classattorneys.com<br>leslie@classattorneys.com |

March 10, 2010

*VIA ECF FILING (with courtesy copy via overnight delivery)*

Honorable Phyllis J. Hamilton
Judge of the U.S. District Court
For the Northern District of California
Courtroom 3, 3rd Floor
1301 Clay Street,
Suite 400 S
Oakland, CA 94612-5212

Re:  *Wamboldt v. Safety-Kleen Systems, Inc.*: C 07-0884 PJH

Dear Judge Hamilton:

We are writing to request that the Court set a CMC for Thursday, April 22, 2010, in the above captioned case. The parties in the case have conferred and are agreeable to this date.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

Jeremy R. Fietz, Esq.

cc:  Robert W. Tollen (via ECF filing)

3/15/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton