UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAMBOLDT,

    Plaintiff(s),                        No. C 07-0884 PJH

    v.                                 **ORDER VACATING CASE MANAGEMENT CONFERENCE**

SAFETY-KLEEN SYSTEMS, Inc.,

    Defendant(s).

_____/

    In view of plaintiff's pending petition for permission to appeal this court's order decertifying the class, the October 21, 2010 date for case management conference is VACATED.  The parties shall notify the court in writing immediately upon receipt of the court of appeal's decision on the petition.  The parties are reminded that permission to appeal may not also provide a stay of this action, and that should they seek a stay pending appeal, a proper request must be made.

    **IT IS SO ORDERED.**

Dated: October 20, 2010

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge