UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAMBOLDT,

        Plaintiff(s),

   v.

SAFETY-KLEEN SYSTEMS, INC.,

        Defendant(s).
_____/

No. C 07-0884 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court of Appeals for the Ninth Circuit having denied plaintiff's petition to appeal the order decertifying the class action on December 8, 2010, a Case Management Conference shall be held on January 13, 2011, at 2:00 p.m., for the purpose of setting a date for trial.

    **SO ORDERED.**

Dated:  December 9, 2010

                                               _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge