1  SEYFARTH SHAW LLP
   Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
2  Kevin J. Leskinki (SBN 110862) klesinski@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   SAFETY-KLEEN SYSTEMS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 STEVEN WAMBOLDT, on behalf of himself,  )  Case No. CV 07 00884 PJH
   those similarly situated and on behalf of the )
11 general public,                          )  **STIPULATION AND [PROPOSED]**
                                            )  **ORDER CONTINUING CASE**
12                Plaintiff,                )  **MANAGEMENT CONFERENCE TO**
                                            )  **JANUARY 27, 2011 AT 2:00 P.M.**
13         v.                               )
                                            )  Date:  January 27, 2011
14 SAFETY-KLEEN SYSTEMS, INC., a            )  Time:  2:00 p.m.
   Wisconsin corporation, and DOES 1 through )  Judge: Hon. Phyllis J. Hamilton
15 100, inclusive.                          )
                                            )
16                Defendant.                )
                                            )
17 _____  )

18

19       WHEREAS, on December 9, 2010, the Court issued its Order Setting a Case

20 Management Conference ("CMC") in this matter for January 13, 2011 at 2:00 p.m.;

21       WHEREAS, due to Defendant's counsel's unavailability, the parties seek to continue the

22 CMC until January 27, 2011; and,

23       WHEREAS, pursuant to the clerk's instructions, the parties are to enter into a stipulation

24 so requesting said continuance,

25       ///

26       ///

27       ///

28
                                            1
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC – Case No. C 07000884
                                           PJH

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant, through their respective attorneys, that the Case Management Conference shall be continued from 2:00 p.m. on January 13, 2011 to 2:00 p.m. on ~~January 27~~ February 3, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 30, 2010                SEYFARTH SHAW LLP


By   /s/ Kevin J. Lesinski
   Kevin J. Lesinski
   Attorneys for Defendant
   SAFETY-KLEEN CORP.

DATED: December 30, 2010                LAW OFFICES OF DONALD S. EDGAR


By   /s/ Jeremy R. Fietz
   Jeremy R. Fietz
   Attorneys for Plaintiff Steven Wamboldt

**ORDER**

For good cause, the Court hereby approves and Orders the case management conference continued from January 13, 2011 until 2:00 p.m. on ~~January 27~~ February 3, 2011.

DATED:  1/10/11

_____
Hon. Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

13013691v.1

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC – Case No. C 07000884 PJH