SEYFARTH SHAW LLP
Robert W. Tollen (SBN 038875) rtollen@seyfarth.com
Kevin J. Leskinki (SBN 110862) klesinski@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAMBOLDT, on behalf of himself, those similarly situated and on behalf of the general public,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFETY-KLEEN SYSTEMS, INC., a Wisconsin corporation, and DOES 1 through 100, inclusive.<br><br>　　　　Defendant. | Case No. CV 07 00884 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 10, 2011 AT 2:00 P.M.**<br><br>Date:　February 3, 2011<br>Time:　2:00 p.m.<br>Judge: Hon. Phyllis J. Hamilton |

WHEREAS, on January 10, 2011, the Court issued its Order Setting a Case Management Conference ("CMC") in this matter for February 3, 2011 at 2:00 p.m.;

WHEREAS, due to Defendant's counsel's unavailability, the parties seek to continue the CMC until March 10, 2011; and,

WHEREAS, pursuant to the clerk's instructions, the parties are to enter into a stipulation so requesting said continuance,

///

///

///

///

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC – CASE NO. C 07 00884 PJH

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant, through their respective attorneys, that the Case Management Conference shall be continued from February 3, 2011, to March 10, 2011, at 2:00 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 18, 2011                SEYFARTH SHAW LLP

By    /s/ Kevin J. Lesinski
Kevin J. Lesinski
Attorneys for Defendant
SAFETY-KLEEN CORP.

DATED: January 18, 2011                LAW OFFICES OF DONALD S. EDGAR

By    /s/ Jeremy R. Fietz
Jeremy R. Fietz
Attorneys for Plaintiff Steven Wamboldt

**ORDER**

For good cause, the Court hereby approves and Orders the case management conference continued from February 3, 2011, to March 10, 2011, at 2:00 p.m.

DATED:  January 21, 2011

Hon. Phyllis J. Hamilton
United States District Court Judge

13060207v.1

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC – CASE NO. C 07 00884 PJH