| | |
|---|---|
| 1 | EDGAR LAW FIRM |
|   | Donald S. Edgar (SBN 139324) |
| 2 | Jeremy R. Fietz (SBN 200396) |
|   | 408 College Avenue |
| 3 | Santa Rosa, CA 95401 |
|   | Telephone: (707) 545-3200 |
| 4 | Facsimile: (707) 578-3040 |
| 5 | LAW OFFICES OF BARRON E. RAMOS |
|   | Barron E. Ramos (SBN 179620) |
| 6 | 132 N. El Camino Real, #303 |
|   | Encinitas, CA 92024 |
| 7 | Telephone: (858) 461-0500 |
|   | Facsimile: (760) 994-1354 |
| 8 | |
|   | Attorneys for Plaintiff |
| 9 | STEVEN WAMBOLDT |
| 10 | SEYFARTH SHAW LLP |
|    | Robert W. Tollen (SBN 038875) |
| 11 | rtollen@seyfarth.com |
|    | Kevin J. Lesinski (SBN 110862) |
| 12 | klesinski@seyfarth.com |
|    | 560 Mission Street, Suite 3100 |
| 13 | San Francisco, California 94105 |
|    | Telephone: (415) 397-2823 |
| 14 | Facsimile: (415) 397-8549 |
| 15 | Attorneys for Defendant |
|    | SAFETY-KLEEN SYSTEMS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAMBOLDT, on behalf of himself, those similarly situated and on behalf of the general public, | Case No. C-07-00884-PJH |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON |
| v. | FED R. CIV. PROC. 41(a)(2) |
| SAFETY-KLEEN SYSTEMS, INC., a Wisconsin corporation, and DOES 1 through 100, inclusive, | |
| Defendant. | |

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON/Case No. C-07-00884-PJH

1   Plaintiff STEVEN WAMBOLDT and Defendant SAFETY-KLEEN SYSTEMS, INC., by
2   and through their attorneys of record, file this Stipulation of Dismissal with Prejudice and
3   [Proposed] Order pursuant to Federal Rule of Civil Procedure section 41(a)(2).
4   Plaintiff and Defendant have entered into a "Confidential Settlement Agreement and
5   General Release" that settles all of Plaintiff's claims. The parties have agreed that the provisions
6   of their Confidential Settlement Agreement and General Release are to remain confidential. The
7   parties stipulate that the Court may, and they request that the Court do, dismiss this lawsuit with
8   prejudice.
9   In executing this document, plaintiff's undersigned counsel represent that they are
10  authorized to sign, and do sign, on behalf of all counsel who have appeared in this matter on
11  behalf of plaintiff and/or the class he sought to represent.
12  This Stipulation may be signed in counterparts, and electronic and facsimile signatures
13  shall be as valid and as binding as original signatures.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

WHEREFORE, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: August 9/10, 2012

LAW OFFICES OF BARRON E. RAMOS

By: _____
Barron Edward Ramos
Attorneys for Plaintiff
STEVEN WAMBOLDT

DATED August 9/10, 2012

EDGAR LAW FIRM

By: _____
Donald S. Edgar
Attorneys for Plaintiff
STEVEN WAMBOLDT

DATED: August 10/5, 2012

SEYFARTH SHAW LLP

By: _____
Kevin J. Lesinski
Robert W. Tollen
Attorneys for Defendant
SAFETY-KLEEN SYSTEMS, INC.

IT IS SO ORDERED.

Dated: 10/9/12

Hon. Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*